# 543

Opinion by DALLINGER, J. In accordance with stipulation of counsel and on the authority of *United States* v. *Oppleman* (25 C. C. P. A. 168, T. D. 49271) the aneroid barometers in question were held dutiable at 27½ percent under paragraph 372 as claimed.

**No. 40148.**—Protests 963832-G, etc., of Lee & Schiffer, Inc. (New York).

Opinion by DALLINGER, J. It was stipulated that the merchandise consists of machines finished or unfinished, or parts thereof, similar to those the subject of *Lee* v. *United States* (T. D. 49358). The claim at 27½ percent under paragraph 372 was therefore sustained.

**No. 40149.**—Protest 954401-G of Rolls Razor, Inc. (New York).

Opinion by DALLINGER, J. It was stipulated that the merchandise consists of machines finished or unfinished, or parts thereof, similar to those the subject of *Lee* v. *United States* (T. D. 49358). The claim at 27½ percent under paragraph 372 was therefore sustained.

BEFORE THE SECOND DIVISION, DECEMBER 19, 1938

**No. 40150.**—Protests 800253-G, etc., of International Clearing House of New York et al. (New York).

Opinion by TILSON, J. It was stipulated that certain items consist of knit wool outerwear and others of outerwear and other articles in chief value of cotton the same as those passed upon in Abstract 36548. The claims at 50 cents per pound and 50 percent ad valorem under paragraph 1114 and at 45 percent ad valorem under paragraph 917 were therefore sustained.

**No. 40151.**—Protests 656131-G, etc., of Imported Hand Emb. Co. (New York)·

Opinion by TILSON, J. From the record it was found that certain items consist of knit outerwear in chief value of wool the same as those involved in Abstract 36548. The claim under paragraph 1114 was therefore sustained.

**No. 40152.**—Protest 561327-G of Fred'k Loeser & Co., Inc. (New York).

Opinion by TILSON J. Articles in chief value of cellulose filaments similar to those involved in Abstract 37230 were held dutiable at 60 percent under paragraph 31 as claimed.

**No. 40153.**—Protest 477871-G of Frankenthaler Ribbons, Inc. (New York).